24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 744-036            DIVISION L

JUSTIN FARBER

VERSUS

THE GOODYEAR TIRE & RUBBER COMPANY and DILLARD STORE SERVICES, INC.

FILED: _____      _____
                                             DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, comes Justin Farber, who respectfully represents that:

(1)

On or about November 26, 2013 Justin Farber went to Goodyear Tire & Rubber Company at 1401 West Esplanade Avenue, Kenner Louisiana to get a tire installed on a rim

(2)

After paying for services rendered, Justin Farber went to retrieve his tires as instructed by an employee.

(3)

While retrieving his tire, Justin Farber slipped on a slopped surface.

(4)

As a result of the fall, Justin Farber dislocated his left shoulder, which required medical treatment.

(5)

Justin Farber is still treating to date.

(6)

At the time of the incident it is believed that the property where Justin Farber slipped is owned by Dillard Store Services, Inc.

1



(7)

Upon information and belief The Goodyear Tire and Rubber Company leases the location to operate a tire business.

(8)

As a result of Justin Farber fall he has suffered the following damages;

a. personal injury to his person;

b. past, present and future medical expenses;

c. past, present and future pain and suffering;

d. past, present and future diminished quality of life;

e. all other damages which may be established up and until the time of the trial.

(9)

Justin Farber's injuries were caused through negligent acts of Dillard Store Services, Inc. and/or The Goodyear Tire and Rubber Company by;

1. Not maintain a safe and clean area for costumers;

2. By creating an inherently dangerous area with a dangerous slope;

3. Not removing oil and water in the area;

4. By encouraging costumers to enter a dangerous area; and

5. Any and all other acts of negligence which may be proven up and until trial.

(10)

In the event it becomes necessary to call experts in the matter herein, Justin Farber ask that defendants be held liable for their fees.

**WHEREFORE**, plaintiff, Justin Farber, prays that:

1. Defendants, The Goodyear Tire & Rubber Company and Dillard Store Services, Inc., be duly cited to appear and answer this petition and be served with a copy of same;

2. After due proceedings are had, there be a judgment rendered herein favor of plaintiff and against defendants, jointly, severally, and *in solido* for such damages as are reasonable in the premise;

3. The fees of all expert witnesses, if called to testify on behalf of plaintiff, should be taxed as costs of court and paid by the defendants; and

4. For all costs of these proceedings and for all general and equitable relief.

RESPECTFULLY SUBMITTED:

_____
**MAX M. CHOTTO, LSBA #24345**
A Professional Law Corporation
12-A Westbank Expressway
Suite 103
Gretna, Louisiana 70053
(504) 366-1641

PLEASE SERVE:

The Goodyear Tire & Rubber Company
Through its agent of Service
Corporation Service Company
320 Somerulos St.
Baton Rouge, Louisiana 70802-6129

Dillard Store Services, Inc.
Through its agent of service
CT Corporation
5615 Corporate Boulevard
Suite 400B
Baton Rouge, Louisiana 70808

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_Patricia Moore_
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.