24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NUMBER:  744-036                                                    DIVISION: "L"

JUSTIN FARBER

VERSUS

THE GOODYEAR TIRE & RUBBER COMPANY and DILLARD STORE SERVICES

FILED: _____

_____

DEPUTY CLERK

### PLAINTIFF'S FIRST SUPPLEMENTAL AND AMENDED PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes plaintiff, Justin Farber, who supplements and amends his original "Petition for Damages" as follows:

**1.**

Plaintiff re-alleges and re-avers all allegations and prayers of the original "Petition for Damages" as if stated herein *in globo*.

**2.**

By supplementing and amending the caption of this lawsuit to now state:

JUSTIN FARBER

VERSUS

THE GOODYEAR TIRE & RUBBER COMPANY, DILLARD STORE SERVICES, INC., ESPLANADE MALL LIMITED PARTNERSHIP, ESPLANADE PROPERTIES CORP., and EPT KENNER, LLC

**3.**

By supplementing and amending Paragraph 6 of the original "Petition for Damages" to now state:

At the time of the incident, it is believed that the property where Justin Farber slipped is owned by Dillard Store Services, Inc., Esplanade Mall Limited Partnership, Esplanade Properties Corp., and EPT Kenner, LLC.

**4.**

By supplementing and amending Paragraph 9 of the original "Petition for Damages" to now state:

1



Justin Farber's injuries were caused through the negligent cats of Dillard Store Services, Inc., Esplanade Mall Limited Partnership, Esplanade Properties Corp., and EPT Kenner, LLC and/or The Goodyear Tire and Rubber Company by:

1. Not maintaining a safe and clean area for customers;

2. By creating an inherently dangerous area with a dangerous slope;

3. Not removing oil and water in the area;

4. By encouraging customers to enter a dangerous area; and

5. Any and all other acts of negligence which may be proven up to and until trial.

5.

By supplementing and amending the prayer to now state:

WHEREFORE, plaintiff, Justin Farber, prays that:

1. Defendants, Dillard Store Services, Inc., Esplanade Mall Limited Partnership, Esplanade Properties Corp., and EPT Kenner, LLC, be duly cited to appear and answer this petition and be served with a copy of same;

2. And, after all legal delays and due proceedings are had, there be judgment rendered herein in favor of plaintiff and against the defendants, jointly, severally and in solido for such damages as are reasonable in the premises together with interest from date of judicial demand;

3. The fees of all expert witnesses called to testify on behalf of plaintiff should be taxed as costs of Court and paid by the defendants;

4. For all costs of these proceedings and such further relief as may be deemed just and proper by this Court.

RESPECTFULLY SUBMITTED:

*Max M. Chotto APLC.*

MAX M. CHOTTO, A.P.L.C. (#24345)
12 – A – Westbank Expressway, Ste. 103
Gretna, Louisiana 70053
Telephone: (504) 366-1641

IMAGED

NOV 2 6 2014

**PLEASE SERVE:**

THE ORIGINAL PETITION FOR DAMAGES AND THE FIRST SUPPLEMENTAL AND
AMENDED PETITION FOR DAMAGES ON
The Goodyear Tire & Rubber Company
Through its agent of service
Corporation Service Company
320 Somerulos St.
Baton Rouge, Louisiana 70802-6129

THE ORIGINAL PETITION FOR DAMAGES AND THE FIRST SUPPLEMENTAL AND
AMENDED PETITION FOR DAMAGES ON
Dillard Store Service, Inc.
Through its agent of service
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, Louisiana 70808

THE ORIGINAL PETITION FOR DAMAGES AND THE FIRST SUPPLEMENTAL AND
AMENDED PETITION FOR DAMAGES ON
Esplanade Mall Limited Partnership
Through its agent for service
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, Louisiana 70808

THE ORIGINAL PETITION FOR DAMAGES AND THE FIRST SUPPLEMENTAL AND
AMENDED PETITION FOR DAMAGES ON
Esplanade Properties Corp.
Through its agent for service
Esplanade Properties Corp.
7 West Seventh St.
Cincinnati, Ohio 45202

THE ORIGINAL PETITION FOR DAMAGES AND THE FIRST SUPPLEMENTAL AND
AMENDED PETITION FOR DAMAGES ON
EPT Kenner, LLC
Through its agent for service
CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, Louisiana 70808

3